**Order entered August 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00642-CV**

**IN RE SRPF B/QUADRANGLE PROPERTY, LLC, Relator**

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02012-E**

**ORDER**
Before Justices Molberg, Reichek, and Smith

This original proceeding challenges the July 19, 2021 "Order Setting Supersedeas Bond" signed in the County Court at Law No. 5 of Dallas County, Texas by the Honorable Mark Greenberg, who has since retired from the bench. Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the challenged order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Accordingly, we **ABATE** this original proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court, to allow the successor judge to reconsider the July 19, 2021 ruling of the former judge of County Court at Law No. 5. We further **ORDER** the parties to file a status report with this Court within **TEN DAYS** of any ruling by the successor judge required by rule 7.2(b).

/s/     CRAIG SMITH
        JUSTICE